James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email:  jmwood@reedsmith.com
        cdavies@reedsmith.com
        mklandrum@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084
Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLY BARNES, LEEANN FARMER, GEORGANNE GREER, BETH GUEHNE, LINDA JOHNSON, JEFFREY MAGERS, DORTHY SEAMER, DOUG SIEMER, DANIEL STEINKAMP, HERMAN TATE, JEFFREY TIPTON,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 06-4131 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby vacates the December 1, 2006, Case Management Conference ("CMC").  The parties shall file a joint request to have the matter placed back on the Court's calendar. if necessary.

IT IS SO ORDERED

DATED: November 27, 2006

_____
The Honorable Jeffrey S. White

No.: C 06 4131 JSW     – 1 –     DOCSOAK-9854690.1-MKLANDRUM

[Proposed] Order Continuing Case Management Conference